1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                          SOUTHERN DIVISION

11   UNITED STATES OF AMERICA,        No. SA CR 17-000128-AG

12           Plaintiff,               ORDER CONTINUING SENTENCING
                                      HEARING DATE
13                v.

14   ANTONIA RIOS,

15           Defendant.

16

17

18        Based upon the parties' stipulation, the sentencing hearing in

19   this case is continued from January 13, 2020, to **May 18, 2020, at**

20   **1:30 p.m.**

21        IT IS SO ORDERED.

22

23    November 5, 2019
     _____        _____
24    DATE                              HONORABLE ANDREW J. GUILFORD
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28