NICOLA T. HANNA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
CHARLES E. PELL (Cal. State Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3542
    Facsimile: (714) 338-3561
    E-mail: charles.e.pell2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 17-000128-AG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING DATE |
| v. | |
| ANTONIA RIOS, | **CURRENT DATE:** 05/18/2020 |
| Defendant. | **PROPOSED DATE:** 11/09/2020 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Charles E. Pell, and defendant ANTONIA RIOS ("defendant"), by and through her counsel of record, Craig Wilke, Esquire, hereby agree and stipulate that the sentencing hearing in her case be continued from May 18, 2020, to November 9, 2020.

///

1   Therefore, the parties respectfully request that the Court
2   continue the sentencing hearing date to November 9, 2020, at 1:30
3   p.m.
4   IT IS SO STIPULATED.

_____                    01/23/2020
CHARLES E. PELL                                    Date
Assistant United States Attorney
Santa Ana Branch Office


/S/ PER EMAIL AUTHORIZATION                        01-22-2020
CRAIG WILKE                                        Date
Attorney for Defendant
ANTONIA RIOS

2