UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>ANTONIA RIOS,<br><br>　　　　Defendant. | No. SA CR 17-000128-JLS<br><br>ORDER CONTINUING SENTENCING HEARING DATE |

　　　Based upon the parties' stipulation, the sentencing hearing in this case is continued from November 13, 2020, to **April 9, 2021, at 9:30 a.m.**

　　　IT IS SO ORDERED.

August 26, 2020
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

**CC: USPO**